# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| TRACEY L. BROWN, | |
|     Plaintiff, | Case No. 2:12-cv-00173-JCM-GWF |
| vs. | **ORDER** |
| ROBERT MARTINEZ, et al., | Motion to Have Family Deliver Documents (#6) |
|     Defendants. | Motion for Extension (#7) |

    This matter comes before the Court on Plaintiff's Motion to Have All Documents Delivered by Family (#6) and Motion to Extend Time to File Amended Complaint (#7), filed on March 27, 2012. On March 27, 2012, Plaintiff also submitted a letter (#8) to the Court explaining the status of his state court case. Plaintiff requests that the Court allow his family members to deliver transcripts and documents from his state court case to the Court to be used in support of his complaint. Plaintiff also requests an extension of two weeks in which to file his amended complaint because he is in the process of collecting all the documents in this case.

    The Court will grant Plaintiff's requested extension of time. The Court however will not allow Plaintiff's family members to deliver documents to the Court that are unattached to a pleading. As the Court previously instructed Plaintiff, the amended complaint must be a complete document, and Plaintiff cannot refer back to other documents previously filed with the Court. If Plaintiff wishes to provide the Court with the documents from his state court proceeding, the Court advises the Plaintiff to have those documents delivered to him, so he can then attach those to the amended complaint for filing. Further, Plaintiff's amended complaint should clearly outline the procedural status of Plaintiff's underlying state court case as advised in the Screening Order (#5).

1  The letter (#8) submitted to the Court outlining such will not be considered when screening
2  Plaintiff's amended complaint.  Accordingly,
3     **IT IS HEREBY ORDERED** that Plaintiff's Motion to Have All Documents Delivered by
4  Family (#6) is **denied**.
5     **IT IS FURTHER ORDERED** that Plaintiff's Motion to Extend Time to File Amended
6  Complaint (#7) is **granted**.  Plaintiff shall have until **Monday, April 30, 2012** to file his amended
7  complaint.
8     DATED this 28th day of March, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge