# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRACEY L. BROWN, | |
|     Plaintiff, | Case No. 2:12-cv-00173-JCM-GWF |
| vs. | **ORDER** |
| ROBERT MARTINEZ, *et al.*, | Motion for the Court to Send the Summons to Robert Martinez (#20) |
|     Defendants. | |

      This matter comes before the Court on Plaintiff's Motion for the Court to Send the Summons to Robert Martinez (#20), filed on June 25, 2012 and Plaintiff's Letter (#21), filed on June 25, 2012. Plaintiff requests the Court serve Defendant Martinez because Plaintiff does not know Officer Martinez's address. Plaintiff also requests the Court inform him of any upcoming court dates. In his Letter (#21), Plaintiff further requests the Court inform him on how much time he has to file an amended complaint and if the Court is going to return to him a copy of the USM-285 that he submitted to the Marshal's office.

      The Court will not conduct independent research to find Officer Martinez's address. It is Plaintiff's responsibility to provide the Defendant's address to the U.S. Marshal for service. Further, no court dates have been set in this matter as none of the Defendants have made an appearance. Plaintiff will receive sufficient notice of any future court dates and therefore should not continuously ask the Court to inform him of upcoming dates. In response to Plaintiff's request regarding the amount of time Plaintiff has for amending his complaint, the Court directs Plaintiff to Fed. R. Civ. P. 15(a)(1) and (2), which states,

. . .

   (1) A party may amend its pleading once as a matter of course within
   (A) 21 days after serving it, or
   (B) if the pleading is one to which a responsive pleading is required,
   21 days after service of a responsive pleading or 21 days after service
   of a motion under Rule 12(c), (e), or (f), whichever is earlier.

   (2) In all other cases, a party may amend its pleading only with the
   opposing party's written consent or the court's leave.  The Court
   should freely give leave when justice so requires.

  Additionally, as the Court previously indicated in its Report and Recommendation (#18), Plaintiff should receive a copy of the Form USM-285 from the U.S. Marshal indicating whether service on a particular defendant has been accomplished.  Upon receipt of that form, Plaintiff must then file a notice with the Court indicating whether service was completed.  For general questions regarding how this case is going to proceed,  the Court instructs Plaintiff to review this Court's previous orders, the Federal Rules of Civil Procedure and the Local Rules of Practice for the District of Nevada.  Accordingly,

  **IT IS HEREBY ORDERED** that Plaintiff's Motion for the Court to Send the Summons to Robert Martinez (#20) is **denied**.

  DATED this 27th day of June, 2012.

              _____
              GEORGE FOLEY, JR.
              United States Magistrate Judge