UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| TRACEY L. BROWN, | |
|     Plaintiff, | Case No. 2:12-cv-00173-JCM-GWF |
| vs. | **ORDER** |
| ROBERT MARTINEZ, *et al.*, | Motion to Amend (#31) |
| | Motion to Extend Time (#32) |
|     Defendants. | Motion for Forms (#33) |

    This matter comes before the Court on Plaintiff's Motion to Amend Complaint (#31), filed on August 24, 2012; Plaintiff's Motion to Extend Time (#32), filed on August 31, 2012; and Plaintiff's Motion Requesting Forms (#33), filed on September 4, 2012.  Plaintiff requests the Court allow him to amend his complaint to include the correct name of one of the Defendants. Plaintiff further requests an additional 45 days to serve Defendants in this action so he can obtain the correct identifying information to give to the US Marshals for service.  If the Court grants Plaintiff's request, Plaintiff further asks the Court to direct the Clerk to send him the necessary USM-285 forms and a civil rights complaint package.

    The Court will grant Plaintiff an opportunity to amend his complaint to include the correct information for the named-Defendants.  No party has been served in this matter and, therefore, allowing amendment at this time will not cause delay or prejudice to any party.  Pursuant to Fed. R. Civ. P. 4(m), Plaintiff has 120 days after a complaint is filed to serve Defendants.  Despite the fact that Plaintiff's amended complaint will likely only affect one of the named Defendants, in the interest of consistency, the Court will therefore allow Plaintiff 120 days from the filing of his amended complaint to perfect service on all Defendants.  Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Amend Complaint (#31) is **granted**.  Plaintiff shall have until **September 25, 2012** to file an amended complaint.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Extend Time (#32) is **granted**. Plaintiff shall have **120 days** from the filing of his amended complaint to serve Defendants.

**IT IS FURTHER ORDERED** that Plaintiff's Motion Requesting Forms (#33) is **granted**. The Clerk of Court shall send Plaintiff the necessary USM-285 forms and a Pro Se §1983 Civil Rights Complaint package.

DATED this 11th day of September, 2012.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge